IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETSY WOLF,**<br>     **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **TEMPLE UNIVERSITY,**<br>     **Defendant.** | **NO. 21-866** |

### O R D E R

**AND NOW**, this 11th day of April, 2022, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 16), Plaintiff's Response in Opposition (ECF No. 18), Defendant's Reply (ECF No. 19), and Plaintiff's Surreply (ECF No. 23), it is **HEREBY ORDERED THAT** Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**. It is **FURTHER ORDERED THAT**:

1. Defendant's Motion is **DENIED** as to Plaintiff's claim of age-based discriminatory termination.

2. Defendant's Motion is **DENIED** as to Plaintiff's ADEA claim of retaliatory failure to rehire, based on her protected activity before the Pennsylvania Human Relations Commission.

3. Defendant's Motion is **GRANTED** as to Plaintiff's Title VII discrimination claims, and such claims are **DISMISSED**.

4. Defendant's Motion is **GRANTED** as to Plaintiff's claim of age-based discriminatory failure to rehire, and such claim is **DISMISSED**.

5. Defendant's Motion is **GRANTED** as to Plaintiff's claim of retaliatory termination, based on internal complaints, and such claim is **DISMISSED**.

6. Defendant's Motion is **GRANTED** as to Plaintiff's claim of retaliatory failure to rehire, based on internal complaints, and such claim is **DISMISSED**.

          **BY THE COURT:**

          /s/Wendy Beetlestone, J.

          **WENDY BEETLESTONE, J.**